AUSA:   Kathryn E. Boyles          Telephone:  (313) 226-9556
AO 91 (Rev. 11/11)  Criminal Complaint          Officer:          Wayne E. Williams          Telephone:  (313) 550-7945

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

United States of America

v.

Pedro GARCIA-ARAIZA

Case No.

Case: 2:25−mj−30395
Assigned To : Unassigned
Assign. Date : 6/20/2025
Description: RE: PEDRO
GARCIA−ARAIZA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 29, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 29, 2025, in the Eastern District of Michigan, Southern Division, Pedro GARCIA-ARAIZA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 22, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Wayne E. Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 20, 2025 _____

City and state: _Detroit, MI_

David R. Grand, U.S. Magistrate Judge
*Judge's signature*

*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol (USBP). I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station.

2.  This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Pedro GARCIA ARAIZA, an alien who has previously been removed from the United States on or about August 22, 2018, at or near San Luis, Arizona, and was thereafter found in the United States on or about May 29, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3.  The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include USBP Agents, and database records checks. I have also reviewed records from the official immigration file and system automated data relating to GARCIA ARAIZA. I have not included every fact known to law enforcement related to this investigation.

4.  GARCIA ARAIZA is a forty-four-year-old native and citizen of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5.  On or about August 13, 2006, Bloomfield Township Police Department issued GARCIA ARAIZA a ticket for Operating While Impaired. On October 25, 2006, GARCIA ARAIZA was convicted of this offense in the 48th District Court and sentenced to 12 months of probation and $1,224 in fines and costs.

6.  On or about November 2, 2006, immigration authorities served GARCIA ARAIZA with a Form I-862, Notice to Appear in immigration court in Detroit, Michigan.

7.  On or about May 1, 2007, an immigration judge in Detroit, Michigan ordered GARCIA ARAIZA removed *in absentia* after he failed to appear for the hearing.

8.  On or about March 3, 2008, GARCIA ARAIZA was removed from the United States to Mexico via Sasabe, Arizona.

9.  On or about March 31, 2008, USBP Agents arrested GARCIA ARAIZA near Tucson, Arizona for illegally entering the country. He was granted a voluntary return to Mexico the same day.

10. On or about February 12, 2009, USBP Agents arrested GARCIA ARAIZA near Nogales, Arizona for illegally entering the country. On or about February 13, 2009, GARCIA ARAIZA was removed from the United States to Mexico via Nogales, Arizona.

11. On or about January 22, 2011, GARCIA ARAIZA was issued a ticket to appear in court for a public order crime in Auburn Hills, Michigan.  This ticket remains outstanding.

12. On or about July 28, 2014, USBP Agents arrested GARCIA ARAIZA near Rio Grande City, Texas for illegally entering the country. On or about August 3, 2014, GARCIA ARAIZA was removed from the United States to Mexico via Hidalgo, Texas.

13. On or about May 23, 2015, USBP Agents arrested GARCIA ARAIZA near Rio Grande City, Texas for illegally entering the country.

14. On or about May 26, 2015, GARCIA ARAIZA was convicted of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1), in the United States District Court for the Southern District of Texas and sentenced to 30 days confinement.

15. On or about June 19, 2015, GARCIA ARAIZA was removed from the United States to Mexico via Hidalgo, Texas.

16. On or about June 8, 2018, USBP Agents arrested GARCIA ARAIZA near Robles Junction, Arizona for illegally entering the country.

17.   On or about June 11, 2018, GARCIA ARAIZA was convicted of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1), in the United States District Court for the District of Arizona and sentenced to 75 days confinement with credit for time served.

18.   On or about August 22, 2018, GARCIA ARAIZA was removed from the United States to Mexico through San Luis, Arizona.

19.   On or about May 29, 2025, USBP Agents found and arrested GARCIA-ARAIZA near Detroit, Michigan, outside of a home that agents believed to be his residence.

20.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

21.   GARCIA ARAIZA's fingerprints and photograph were captured and searched in federal law enforcement databases.  The fingerprints returned with a positive match for Pedro GARCIA ARAIZA, a native and citizen of Mexico who had previously been removed from the United States.

22.   A review of GARCIA ARAIZA's immigration file, records checks, and queries in the U.S. Department of Homeland Security databases confirmed that GARCIA ARAIZA did not obtain the express permission or consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on August 22, 2018.

23.   Based on the above information, I believe there is probable cause to conclude that Pedro GARCIA ARAIZA is an alien who has previously been removed from the United States on or about August 22, 2018, at or near San Luis, Arizona, and was thereafter found in the United States on or about May 29, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission

to the United States, all in violation of Title 8, United States Code, Section 1326(a).

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

June 20, 2025